IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 17-cv-01575-PAB-KLM

JIHAD MUHAISEN and
MUHAISEN & MUHAISEN, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

JOHN AND JANE DOES 1 THROUGH 100, all whose true names are unknown,

    Defendants.
_____

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**
_____

This matter is before the Court on plaintiffs' Motion for Extension of Temporary Restraining Order and Entry of Preliminary Injunction [Docket No. 16]. The Court has jurisdiction pursuant to 28 U.S.C. § 1331.

On September 12, 2017, the Court entered a temporary restraining order enjoining defendants from posting, publishing, or maintaining certain YouTube videos containing defamatory content. *See* Docket No. 14 at 7. The temporary restraining order will expire on September 26, 2017 unless extended by the Court. *Id.* Plaintiffs state that defendants have not removed the four YouTube videos as required by the temporary restraining order. Docket No. 16 at 2, ¶ 4. In addition, plaintiffs claim that defendants have purchased an internet domain where they have published defamatory statements and defendants have disseminated an email with defamatory content to plaintiffs' employees and to immigration attorneys in the Denver area. *Id.* at 2-3, ¶¶ 4,

9-10. As a result of the foregoing, plaintiffs claim that good cause exists to continue the temporary restraining order. *Id.* at 4, ¶ 13.

In light of defendants' ongoing violations of the temporary restraining order, the Court finds that good cause exists to extend the temporary restraining order for an additional 14 days. *See* Fed. R. Civ. P. 65(b)(2). It is therefore

**ORDERED** that plaintiffs' Motion for Extension of Temporary Restraining Order and Entry of Preliminary Injunction [Docket No. 16] is granted. It is further

**ORDERED** that defendants, defendants' officers, agents, servants, employees, and attorneys, and any other person in active concert or participation with those individuals are temporarily enjoined and restrained from posting, publishing, or maintaining the following YouTube videos:

https://www.youtube.com/watch?v=GwSr9tHCtsA;

https://www.youtube.com/watch?v=IkyNFqS-hD8;

https://www.youtube.com/watch?v=rrb-7pJKZ3k;

https://www.youtube.com/watch?v=u5DdMOJ-csE.

It is further

**ORDERED** that this order will expire on October 10, 2017 unless extended by the Court, upon motion by plaintiffs, for good cause. It is further

**ORDERED** that plaintiffs shall serve a copy of this order on defendants at the email address known to plaintiffs.

Entered September 25, 2017, at 3:00 p.m.

                          BY THE COURT:

                          s/Philip A. Brimmer
                          PHILIP A. BRIMMER
                          United States District Judge